# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

|  |  |
|---|---|
| S.T. Student; and C.T. Parent,<br><br>*Plaintiff*<br>v.<br>CENTRAL VALLEY SCHOOL DISTRICT,<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 2:15-CV-00059-SAB<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* S.T. Student; and C.T. Parent recover from the defendant *(name)* Central Valley School District the amount of Fifty-Five Thousand and no/100 dollars ($ 55,000.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:



This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for



Date: 7/23/15

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler